# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| Daniel Beaty | ) Case No. 3:24-mj-200 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 12, 2019 - Sept.11, 2024  in the county of  Linn  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2251(a) | Sexual Exploitation of Children |
| 18 U.S.C § 2252A(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☐ Continued on the attached sheet.

(By telephone)
*Complainant's signature*

Clinton Lindsly, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  8:47 am   a.m./p.m.

Date: September 20, 2024

*Judge's signature*

City and state:  Portland, Oregon      Youlee Yim You, United States Magistrate Judge
*Printed name and title*